UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS LITTLETON,

    Petitioner,

v.

    CASE NO. 2:09-CV-13727
    HONORABLE DENISE PAGE HOOD
    UNITED STATES DISTRICT JUDGE

DEBRA SCUTT,

    Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Denise Page Hood, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on December 30, 2011.

IT IS ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED.

IT IS FURTHER ORDERED that Petitioner shall be granted leave to appeal *In Forma Pauperis.*

Dated at Detroit, Michigan, this 30th, day of December, 2011.

    DAVID J. WEAVER
    CLERK OF THE COURT

    BY: s/Julie Owens
    DEPUTY CLERK

APPROVED:

s/Denise Page Hood
HON. DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE